BEFORE THE SECOND DIVISION, MARCH 27, 1967

**No. P67/82.**—Soderhamn Machine Manufacturing Co. *v.* United States, protest 63/7258 (Seattle).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of Cambio debarkers and parts thereof similar in all material respects to those the subject of *Soderhamn Machine Mfg. Co.* v. *United States* (54 Cust. Ct. 369, Abstract 69205), the claim of the plaintiff was sustained.